UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, *on behalf of himself and all others similarly situated*,<br><br>                                 Plaintiffs,<br><br>                -against-<br><br>FORMA BEAUTY BRANDS LLC,<br><br>                                 Defendant. | 23-CV-07166 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The conference currently set for November 29, 2023, is hereby CANCELED.

It appears that plaintiff has failed to serve the defendant in this case. By December 4, 2023, plaintiff should submit a letter to the Court, indicating the status of service and whether plaintiff intends to continue to prosecute this action.

SO ORDERED.

Dated: November 27, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                United States District Judge