UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

**KEVIN YAN LUIS**, on behalf of himself and all others similarly situated,

                    Plaintiff,

-against-

**FORMA BEAUTY BRANDS LLC**

                    Defendant.
---------------------------------------------------------x

Case No.: 1:23-cv-07166-AS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
       April 22, 2024

                                        Respectfully Submitted,

                                        */s/ Noor A. Saab, Esq.*
                                        *Attorney for Plaintiff*
                                        The Law Office of Noor A. Saab
                                        380 North Broadway, Penthouse West
                                        Jericho, New York 11753
                                        Tel: 718-740-5060
                                        Email: noorasaablaw@gmail.com